United States District Court

Mark Jennings

v

Warden

4:13-cv-14015

Hon. Mark A Goldsmith

FILED DEC -6 2017 CLERK'S OFFICE DETROIT

---

I, Mark Jennings acting in pro per motion this Honorable Court to grant me leave to Amend my complaint in this matter pursuant to Fed. R. Civ. P. 15.

Date 12-1-17

Respectfully Submitted

Mark Jennings
#711938
Oaks Correctional Facility
1500 Caberfae Hwy
Manistee MI 49660

Certificate of Service

I Mark Colin Jennings Affirm under Penalty of perjury I mailed and exact and True Copy of this motion on all parties of record on 12-01-17

12-01-17

X _____

[ ]

Mark Jennings

